IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SIDNEY LAMAR SPOONHOUR,** | : | |
| Petitioner | : | No. 1:21-cv-01783 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WILLIAM BECHTOLD, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 3rd day of December, 2021, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
